FRANCES N. STURMAN, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 709.)